The People of the State of New York, Respondent, v. Edward F. Clark, Appellant. — Judgment and conviction reversed and a new trial ordered, and for that purpose the proceedings are remitted to the Court of Sessions of Monroe county. Opinion by Corlett, J.; Barker, J., dissenting.

John E. Middaugh, Respondent, v. David Breen, Appellant. — Order affirmed. Opinion by Bradley, J.

The People of the State of New York, Respondent, v. Charles Taylor, Appellant. — Judgment and conviction affirmed, and the proceedings remitted to the Court of Sessions of Steuben county. Opinion by Haight, J.

The People of the State of New York, Respondent, v. William Bassford, Appellant. — Judgment and conviction affirmed, and proceedings remitted to the Court of Sessions of Erie county. Opinion by Bradley, J.

Woodward S. Wixom, Respondent, v George D. Uhl and another, Appellants — Judgment reversed and new trial granted, with costs to abide the final award of costs Opinion by Corlett, J.; Haight, J., not voting.

J. Addison Howland, Respondent, v. Mary D. S. Dewey, Appellant, Impleaded, etc. — Judgment modified in accordance with the opinion. Opinion by Barker, J.; Haight, J., not voting.

Edward Conley and another, Appellants, v. The Niagara Falls Hydraulic Power and Manufacturing Company, Respondent.— Judgment affirmed, with costs. Opinion by Bradley, J.; Haight, J., not voting.

Charles P. Moody, Appellant, v. Frederick Geerharts, Respondent.—Judgment affirmed. Opinion by Corlett, J.

Daniel Hoover, Respondent, v. John Kleis, Appellant — Order affirmed, with ten dollars costs and disbursements. Opinion by Bradley, J.; Corlett, J. not sitting.

John Burns, Respondent, v. S. Duncan Karns and others, Appellants. — Judgment affirmed, with costs. Opinion by Barker, J.

James E. Galligher, Respondent, v. S. Duncan Karns and others, Appellants. — Judgment affirmed, with costs. Opinion by Barker, J.

David F. Day, Respondent, v. James C. Strong, Appellant, Impleaded, etc. — Judgment affirmed, with costs, on the opinion in this case, reported 29 Hun, 505.

Nancy T. Daniels, Respondent, v. Frank M. Derrick, Appellant. — Judgment and order affirmed. Opinion by Corlett, J.; Haight, J., not sitting.

Daniel Murphy, Jr., Appellant, v. Patrick Doyle, Respondent. — Judgment affirmed. Opinion by Barker, J.; Haight, J., not sitting.

Theodore D. Yorks and others, Respondents, v. J. Franklin Peck and another, Appellants, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Corlett, J.; Haight, J., not sitting.

Eliza L. Caskey, Respondent, v. William Shean, Appellant. — Judgment and order affirmed. Opinion by Bradley, J.; Barker J., not sitting.

Ashley, Winne, Appellant v. Moses Breckon, Respondent. — Judgment affirmed, with costs. Opinion by Barker, J.; Haight, J., not sitting.

---

FOURTH DEPARTMENT, APRIL TERM, 1885.

In the Matter of the Application of the Board of Water Commissioners of the Village of Clinton for the Appointment of Commissioners. — Chapter —— of the Laws of 1885, passed since the argument, having cured the informalities involved in the appeal, it is ordered that the order of the Special Term be reversed, without costs of the appeal; and application may be made to the Special Term for the appointment of commissioners, upon payment to respondent of the costs and disbursements stated in the order appealed from. The act referred to renders it unnecessary to pass upon the merits of the appeal.

Almenia L. Butler, Respondent, v. The Village of Cortland, Appellant.—Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Opinion by Follett, J.

Le Dette A. Bostwick, Plaintiff, v. Emily P. Beach, Executrix, etc., and Individually, Defendant. — Motion for new trial denied, with costs, against Emily P. Beach, personally. Opinion by Boardman, J.; Hardin, P. J., not sitting.

Lewis M. Smith, Plaintiff, v. Henry J. Daggett and another, Defendants. — Order reversed, with ten dollars costs and disbursements. Opinion by Follett, J.

Isaac R. Pharris, Respondent, v. R. Nelson Gere, Appellant. — Judgment and order reversed, and a new trial ordered, with costs to abide the event. Opinion by Hardin, P. J.

Edward P. Alexander, Respondent, v. Henry R. Osborn. Appellant.—Judgment and order reversed and a new trial ordered, with costs to abide the event. Opinion by Boardman, J.

Samuel Brown and another, Appellants, v. Hugh Owens, Respondent.—Judgment of the County Court of Herkimer county and the decision of the Special Term reversed, and the judgment of the Justice's Court affirmed, with costs. Opinion by Boardman, J.

The People of the State of New York, Respondents, v. Henry F. Thomsen, Appellant.—Judgment and conviction reversed and a new trial ordered in the Court of Sessions of Onondaga county. Opinion by Hardin, P. J.

William McElhinney and another, Appellants, v. John P. M. Peck and others, Respondents.— Judgment affirmed, with costs. Opinion by Boardman, J.

Elisha M. Shurtliff, Respondent, v. The Utica and Black River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

John D. Ingersoll and another, Executors, etc, Plaintiffs, v. Mary Hunt and others, defendants.—The first, third and fourth questions answered in the negative, and the second question in the affirmative, without costs to either party; and judgment ordered accordingly. Opinion by Follett, J.

James A. Sheridan, Appellant, v. Henry Farnham, Respondent. — Judgment of the County Court of Onondaga county reversed, and judgment of the Justices' Court affirmed, with costs. Opinion by Hardin, P. J.

George E. Eastman, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Patrick Collins, Respondent, v. Jane A Jones, Appellant. — Judgment of the County Court of Onondaga county and that of the Justices' Court reversed, with costs. Opinion by Follett, J.